The Honorable Karen L. Strombom
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| STOWE WOODWARD, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>WAYNE WINGLER, an individual,<br><br>        Defendant. | NO. CV04-5769 KLS<br><br>**ORDER OF DISMISSAL**<br><br>**(Clerk's Action Required)** |

## ORDER

THIS MATTER, having come on regularly before the undersigned and the Magistrate Judge having reviewed the stipulation of the parties and the files and records in this case, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's Complaint shall be dismissed with prejudice and without costs to any party; and it is further

ORDERED, ADJUDGED AND DECREED that defendant's counterclaims or cross-claims shall be dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL - 1

423283.01

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

**DATED** this 14th day of July, 2005.

Karen L. Strombom
United States Magistrate Judge

Presented by:

RYAN, SWANSON & CLEVELAND, PLLC


By /s/ Richard P. Lentini
    Richard P. Lentini
    WSBA No. 18086
    Attorneys for Plaintiff


Approved as to Form; Notice of
Presentation Waived:

SALMON CREEK LAW OFFICES


By /s/ Jonathan R. Gill
    Jonathan R. Gill
    WSBA No. 29998
    Attorneys for Defendant

ORDER OF DISMISSAL - 2

423283.01

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359